## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Reid Brazell Sagehorn,

Plaintiff,

v.

Independent School District No. 728;
Roman Pierskalla, in his individual capacity as
Principal of Rogers High School; Mark Bezek,
in his individual capacity as Superintendent of
Independent School District No. 728; Jana
Hennen-Burr, in her individual capacity as
Assistant Superintendent of Independent School
District No. 728; Jeffrey Beahen, in his
individual capacity as Police Chief for Rogers
Police Department; and Stephen Sarazin, in his
individual capacity as a police officer for Rogers
Police Department,

Defendants.

Case No. 14-CV-1930 (JRT/BRT)

**STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED** by and between the parties hereto through their undersigned attorneys that the above-captioned matter may be, and it hereby is, dismissed with prejudice and without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that without further notice, a judgment of dismissal with prejudice and without costs or disbursements to any of the parties may be entered herein.

1

|  |  |
|---|---|
| Date: 12/07/15 | **GASKINS BENNETT BIRRELL SCHUPP, L.L.P.**<br><br>By: /s/Paul C. Dworak<br>ROBERT BENNETT (A.R. #6713)<br>PAUL C. DWORAK (A.R. #391070)<br>333 South Seventh Street, #3000<br>Minneapolis, MN  55402<br>Phone:  612-333-55402<br>Fax:  612-333-9579<br>Email: rbennett@gaskinsbennett.com<br>         pdworak@gaskinsbennett.com<br><br>**and**<br><br>**JOSEPH S. FRIEDBERG, CHTD.**<br><br>JOSEPH S. FRIEDBERG (A.R. #32086)<br>701 Fourth Avenue South, #300<br>Minneapolis, MN  55415<br>Phone:  612-339-8626<br>Email: joefriedberg@hotmail.com<br><br>**and**<br><br>**RON ROSENBAUM, LLC**<br><br>RON ROSENBAUM (A.R. #163478)<br>1071 Palace Avenue<br>St. Paul, MN  55105<br>Phone:  612-414-0327<br>Email: Radioman527@gmail.com<br><br>**Attorneys for Plaintiff Reid Sagehorn** |

Date: 12/07/15

RUPP, ANDERSON, SQUIRES & WALDSPURGER, P.A.

By: /s/Elizabeth J. Viera
AMY E. MACE (A.R. #259378)
TREVOR S. HELMERS (A.R. #387785)
ELIZABETH J. VIEIRA (A.R. #392521)
527 Marquette Avenue South, #1200
Minneapolis, MN 55402
Phone: 612-436-4300
Fax: 612-436-4340
Email: amy.mace@raswlaw.com
trevor.helmers@raswlaw.com
liz.vieira@raswlaw.com

**Attorneys for Defendants ISD 728, Roman Pierskalla, Mark Bezek, and Jana Hennen-Burr**

Date: 12/07/15

JARDINE LOGAN AND O'BRIEN, PLLP

By: *Jessica E. Schwie*

JESSICA E. SCHWIE (A.R. #296880)
JOSEPH E. FLYNN (A.R. #165712)
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
Phone: 651-290-6500
Fax: 651-223-5070
Email: jschwie@jlolaw.com
jflynn@jlolaw.com

**Attorneys for Defendants Jeffrey Beahen and Stephen Sarazin**

3